UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 16–30098
Chapter 13
Michael Grant and Mary Grant

    Debtors

# ORDER

This case is before the court on the following matter:

*31* – Rule 9007 Motion/Notice/Objection: Motion to Avoid Lien Plantation Apartments filed by Joshua C. Milam on behalf of Mary Grant, Michael Grant. Responses due by 07/18/2016. (Milam, Joshua)

It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Done this 19th day of July, 2016.

*Dwight A. Williams, Jr.*

Dwight H. Williams Jr.
United States Bankruptcy Judge